**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: ADOPTION OF B.G.S., A/K/A    :   No. 171 MAL 2021
S.S.S., A MINOR    :
   :
   :   Petition for Allowance of Appeal
PETITION OF: D.M. AND T.M.,    :   from the Order of the Superior Court
PROSPECTIVE ADOPTIVE PARENTS    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of May, 2021, the Petition for Allowance of Appeal is

**DENIED**.